IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR281** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CAROLYN M. GREEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for an extension of time until January 11, 2008, to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 22).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 22) is granted;

2. The Defendant must file any objections to the Report and Recommendation on or before January 11, 2008; and

3. If defense counsel determines that he will not file objections to the Report and Recommendation, he shall immediately notify the Court of his decision by filing a "statement" with the Court.

DATED this 30th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge